IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DONALD PILSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-19-0038-HE |
| | ) | |
| GRAND CASINO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Donald Pilson, Jr., a state prisoner appearing *pro se* and *in forma pauperis*, filed this § 1983 action alleging wrongful arrest based on an incident that occurred at Grand Casino in Shawnee, Oklahoma. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Gary M. Purcell for initial proceedings. Judge Purcell has issued a Report and Recommendation recommending that plaintiff's action be dismissed without prejudice. Plaintiff has failed to object to the Report thereby waiving his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. # 14]. Plaintiff's claims are **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 9th day of April, 2019.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE